```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 18061
   LAURA J STICKLE
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

            Debtor
   SSN XXX-XX-9334


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 07/14/2008 and was not confirmed.

     The case was dismissed without confirmation 10/08/2008.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------------
NICOR GAS                 UNSECURED       NOT FILED          .00            .00
TAYLOR BEAN AND WHITAKER  MORTGAGE NOTI   NOT FILED          .00            .00
US DEPT OF EDUCATION      UNSECURED       NOT FILED          .00            .00
TAYLOR BEAN WHITAKER      CURRENT MORTG        .00           .00            .00
TAYLOR BEAN WHITAKER      MORTGAGE ARRE   93539.28           .00            .00
INTERNAL REVENUE SERVICE  NOTICE ONLY     NOT FILED          .00            .00
FIFTH THIRD BANK          CURRENT MORTG        .00           .00            .00
FIFTH THIRD BANK          MORTGAGE ARRE   25000.00           .00            .00
PHILIP A IGOE             DEBTOR ATTY          .00                          .00
TOM VAUGHN                TRUSTEE                                           .00
DEBTOR REFUND             REFUND                                            .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                           RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                        .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                        .00
                          --------------      --------------
TOTALS                         .00                   .00




                  PAGE   1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 18061 LAURA J STICKLE
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 01/27/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```